**DISMISS; and Opinion Filed January 28, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00625-CV

**JENNIFER COX, Appellant**
**V.**
**DALLAS HOUSING AUTHORITY, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02152-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

The clerk's record in this appeal has not been filed because appellant has not paid the fee. By letter dated December 14, 2018, we cautioned appellant that failure to provide, within ten days, written verification she had either paid or made arrangements to pay the clerk's fee or was entitled to proceed without payment of costs could result in dismissal of the appeal. *See* TEX. R. APP. P. 37.3(b). To date, however, appellant has not complied. Accordingly, we dismiss the appeal. *See id.* 37.3(b), 42.3(b),(c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

180625F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

JENNIFER COX, Appellant

No. 05-18-00625-CV     V.

DALLAS HOUSING AUTHORITY,
Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-18-02152-D.
Opinion delivered by Chief Justice Burns.
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Dallas Housing Authority recover its costs, if any, of this appeal from appellant Jennifer Cox.

Judgment entered this 28th day of January 2019.